# Third District Court of Appeal
## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1287
Lower Tribunal No. F13-19021

————————————

**Christopher I. Curry,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carlos H. Gamez, Judge.

Christopher I. Curry, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LINDSEY, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.